IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

        Plaintiff,

vs.                             CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

        Defendants.
_____/

**ORDER GRANTING STAY PENDING RULING ON MOTION TO DISMISS**

Pending before the Court is Plaintiff's Stipulated Motion to Amend Scheduling Order for Discovery, Mediation and Trial (doc. 37).  In essence, the stipulated motion requests a stay of discovery pending a ruling on Defendant's motion to dismiss, as agreed by the parties in the Joint Report of the Parties' Planning Meeting (doc. 25 at ¶ 3.b.).  The motion also notes several areas of disagreement concerning the scope of discovery.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.       Plaintiff's Stipulated Motion to Amend Scheduling Order for

Discovery, Mediation and Trial (doc. 37) is granted.

2. All deadlines for discovery, mediation, and trial are stayed pending the Court's ruling on the motion to dismiss the amended complaint.

3. After a ruling is made, the Court will issue a revised scheduling order.

DONE AND ORDERED this 22nd day of January, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:08cv49-SPM/AK