IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

    Plaintiff,

v.  CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendants' Unopposed Motion for Extension of Time to Respond to Second Amended Complaint (doc. 62) is granted. Defendants shall have up to and including May 20, 2008, to file and serve their response.

SO ORDERED this 5th day of May, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge