IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

      Plaintiff,

v.                                                CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

      Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is the revised motion to withdraw (doc. 83) filed by counsel for Defendants. Ten days' notice has been provided to the Defendants, as required under Northern District of Florida Local Rule 11.1(F). Plaintiff has no objection to the withdrawal. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The revised motion to withdraw (doc. 83) is granted.

2.    Attorneys Gary A. Woodfield, Jaime D. Guttman, and the law firm of Edwards Angell Palmer & Dodge LLP are granted leave to withdraw and

relieved of further responsibility as attorney of record for Defendants.

3.  Defendants shall have up to and including October 12, 2009, to effect the filing of a notice of appearance by a new attorney.

4.  If Defendant Bean elects to proceed *pro se*, that is to represent himself in this case, he should file written notice of his intent to do so on or before October 12, 2009. Failure to file a notice of appearance by a new attorney or a notice of intent to proceed *pro se*, as ordered, will result in entry of default against Defendant Bean.

5.  As a corporate entity, Class Notes, L.L.C., cannot proceed *pro se* and must be represented by an attorney. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to file a notice of appearance by a new attorney, as ordered, will result in entry of default against Class Notes, L.L.C.

DONE AND ORDERED this 10th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge