IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FAULKNER PRESS, LLC,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 1:08CV49-SPM/AK**

**CLASS NOTES, LLC, et al,**

    **Defendants.**

                                     /

## O R D E R

Presently before the Court is Defendants' Emergency Motion to Stay Discovery based on their pending motion to withdraw. (Doc. 90). That motion has now been granted and Defendants have been granted through October 12, 2009, to advise the Court of the appearance of new counsel or their intentions to proceed pro se (Defendant Bean only). Consequently, the Court finds that the Motion to Stay (doc. 91) should be **GRANTED**. At this time there are outstanding discovery obligations of Plaintiff (see Doc. 88) and a pending motion to compel. (Doc. 89). These matters are also **STAYED** for 14 days after entry of counsel or no later than **October 26, 2009.** On or before October 26, 2009, Plaintiff shall produce documents as directed in Document No. 88, and Defendants shall respond to the motion to compel.

**DONE AND ORDERED** this  **15th** day of September, 2009.

                                             *s/ A. KORNBLUM*
                                             **ALLAN KORNBLUM**
                                             **UNITED STATES MAGISTRATE JUDGE**