IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

Plaintiff,

v. CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

Defendants.
_________________________________/

**ORDER GRANTING EMERGENCY MOTION IN PART**

This cause comes before the Court on Plaintiff's Emergency Motion for a Comprehensive Amendment of the Scheduling Order for Discovery Mediation and Trial. Doc. 98. The deadlines established in this case should be changed in light of the withdrawal and substitution of counsel for Defendants. The parties should submit a revised joint report in accordance with paragraph 2 of the Initial Scheduling Order (doc. 16). Thereafter, the Court will issue a revised scheduling order. Accordingly, it is

ORDERED AND ADJUDGED:

1. Plaintiff's Emergency Motion for a Comprehensive Amendment of

the Scheduling Order for Discovery Mediation and Trial (doc. 98) is granted to the extent that the deadlines for mediation and for filing dispositive motions are stayed. Magistrate Judge Kornblum's orders regarding discovery remain in effect.

2. On or before October 30, 2009, the parties shall file a revised joint report.

3. Defendants shall have up to and including October 30, 2009, to respond to Plaintiff's motion for leave to file a third amended complaint. Doc. 97.

4. The Notice of Appearance (doc. 99) is accepted as timely filed.

DONE AND ORDERED this 14th day of October, 2009.

s/ Stephan P. Mickle

Stephan P. Mickle
Chief United States District Judge