## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**FAULKNER PRESS, LLC,**

    **Plaintiff,**

**vs.**                                            **CASE NO. 1:08CV49-SPM/AK**

**CLASS NOTES, LLC, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Plaintiff's Emergency Motion for Entry of a Discovery Confidentiality Order. (Doc. 103). Defendants do not object to entry of such an order, but propose a few changes to Plaintiff's version which the court finds are warranted. (Doc. 104). However, the proposed version for entry by the Court (doc. 104, Exhibit A) does not contain the changes proposed in Defendants' Exhibit B. If Defendants will file a Notice to the Court attaching their proposed version reflecting the changes noted in Exhibit B, the Court will sign and enter it. As such, Plaintiff's Motion (doc. 103) is **GRANTED**, but the Defendants' version of the confidentiality order will be entered after compliance with this order.

    **DONE AND ORDERED** this _**20th**_ of October, 2009.

                                                _**s/ A. KORNBLUM**_
                                               **ALLAN KORNBLUM**
                                               **UNITED STATES MAGISTRATE JUDGE**