IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

      Plaintiff,

v.                                                           CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

      Defendants.
_____/

**ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT
AND DENYING MOTION FOR STATUS CONFERENCE**

Plaintiff filed a motion for leave to file a third amended complaint (doc. 97) which Defendant does not oppose if modifications to the scheduling order are made. The parties have jointly proposed changes to the scheduling order, which the Court has adopted. See docs. 113 and 121. Accordingly, it is

ORDERED ADJUDGED:

1. Plaintiff's motion for leave to file a third amended complaint (doc. 97) is granted. The third amended complaint (doc. 108) is accepted as filed. Defendants shall have up to and including January 15, 2010, to file a response

to the third amended complaint.

      2.     Defendants' Motion for Status/Case Management Conference (doc. 120) is denied as moot.

DONE AND ORDERED this 7th day of January, 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge