IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAULKNER PRESS, L.L.C.,
a Florida limited liability company,

    Plaintiff,

v.                                         CASE NO.: 1:08cv49-SPM/AK

CLASS NOTES, L.L.C.,
a Florida limited liability company,
d/b/a/ "Einstein's Notes," and
THOMAS G. BEAN, an individual,

    Defendants.
_____/

## ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS

Upon consideration, Plaintiff's Unopposed Motion for Extension of Time to File Dispositive Motions (doc. 141) is granted. The parties shall have up to and including March 22, 2010, to file dispositive motions. All other deadline remain in effect and unchanged.

SO ORDERED this 24th day of February, 2010.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            Chief United States District Judge