# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

FAULKNER PRESS LLC

    Vs                                           Case No.1:08cv49/SPM/AK

CLASS NOTES LLC , ET AL.

## ORDER

Your document, **Defendants, Class Notes, LLC and Thomas G. Bean's Notice of Filing Exhibit in Support of Motion for Partial Summary Judgment and Statement of Material Facts** (doc. 164), was referred to the undersigned with the following deficiencies:

    Exhibit I consists of a DVD which requires the use of an executable file in order to view its contents. Due to security restrictions, court personnel are not authorized to utilize executable files in this fashion.

    Further, counsel has indicated that the contents of the DVD are interactive and that portions of the exhibit do not reside on the DVD but are accessed through it and are hosted on the Internet. Since all media exhibits must be docketed on the court record for archival purposes, specifically within the Case Management/Electronic Case Files (CM/ECF) system in Portable Document Format (PDF), media stored elsewhere or in formats other than PDF cannot be reviewed by the court and cannot be considered part of the case record.

For these reasons, IT IS ORDERED that the Clerk shall return the DVD to the filing party. Counsel may resubmit Exhibit I through CM/ECF as one or more PDF files using one or a series of docketing events.

DONE and ORDERED this 24th day of March, 2010.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge